IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEFANO VITO MANICOTO,** | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | NO. 08-4347 |
| | : | |
| **FRANKLIN L. TENNIS, et al.,** | : | |
| Respondents | : | |

### O R D E R

**STENGEL, J.**

**AND NOW**, this 9th day of July, 2009, upon careful and independent consideration of the petition for a writ of *habeas corpus* (Document #1), and after review of the Report and Recommendation of United States Magistrate Judge, Timothy R. Rice, it is hereby ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of *habeas corpus* is DENIED with prejudice;

3. There is no probable cause to issue a certificate of appealability;

4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.